UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cr-00126-SEB-TAB ) |
| TYRECE JONES, | ) -01 ) |
| Defendant. | ) |

**The Honorable Sarah Evans Barker, Judge**
**Entry for June 20, 2018**

The Court on its own motion, hereby VACATES the sentencing hearing currently set for July 11, 2018 at 10:15 a.m. and RE-SETS the hearing on July 26, 2018 at 10:15 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

William H. Dazey, Jr.
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.dazey@fd.org

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE
kristina.korobov@usdoj.gov