UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) CAUSE NO. 1:17-cr-00126-SEB-TAB ) |
| TYRECE JONES, | ) ) ) |
| Defendant. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, through undersigned counsel, moves this Court to substitute

Peter A. Blackett,

Assistant United States Attorney, as counsel in this case on behalf of the United States of America, for the appearances of any of the following former Assistant United States Attorney(s), whose appearance(s) should be withdrawn

Kristina M. Korobov.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:    /s/ Peter A. Blackett
       Peter A. Blackett
       Assistant United States Attorney
       Office of the United States Attorney
       10 W. Market Street, Suite 2100
       Indianapolis, IN 46204-3048
       Telephone: (317) 226-6333
       Email: Peter.Blackett@usdoj.gov