UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 1:17-cr-00126-SEB-TAB |
| TYRECE JONES, Defendant. | ) | -01 |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that Tyrece Jones's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of eleven (11) months in the custody of the Attorney General or his designee, with ten (10) years of supervised release to follow. In addition to the mandatory conditions of supervision, the conditions of supervision shall be modified as outlined in the Magistrate Judge's Report and Recommendation. The Court recommends placement at FCI Milan, Michigan.

**SO ORDERED.**

Date: 10/26/2026

Sarah Evans Barker

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO